No. 120, Orig. NEW JERSEY *v.* NEW YORK. It is ordered that Paul Verkuil, Esq., of Heathrow, Fla., be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for. The Special Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his legal, technical, stenographic and clerical assistants, the cost of printing his report, and all other proper expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct. [For earlier order herein, see, *e. g.*, 511 U. S. 1080.]

No. 93–1121. PLAUT ET AL. *v.* SPENDTHRIFT FARM, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 511 U. S. 1141.] Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 93–1462. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. *v.* RAMON MORALES. C. A. 9th Cir. [Certiorari granted, 512 U. S. 1287.] Motion of respondent for appointment of counsel granted, and it is ordered that James R. Asperger, Esq., of Los Angeles, Cal., be appointed to serve as counsel for respondent in this case.

No. 93–1543. MCKENNON *v.* NASHVILLE BANNER PUBLISHING Co. C. A. 6th Cir. [Certiorari granted, 511 U. S. 1106.] Motions of Equal Employment Advisory Council and Chamber of Commerce of the United States of America for leave to file briefs as *amici curiae* granted.

No. 93–1677. OKLAHOMA TAX COMMISSION *v.* JEFFERSON LINES, INC. C. A. 8th Cir. [Certiorari granted, 512 U. S. 1204.] Motion of Greyhound Lines, Inc., for leave to file a brief as *amicus curiae* granted.